IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONESUBSEA IP UK LIMITED, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0051 |
| | § | |
| FMC TECHNOLOGIES INC., | § | |
| Defendant. | § | |

## ORDER

It is hereby **ORDERED** that the Unopposed Motions for Withdrawal of Representation [Docs. # 173 and # 174] are **GRANTED**. Tia Fenton and Thomas J. Fisher are **WITHDRAWN** as counsel for OneSubsea IP UK Limited, OneSubsea UK Limited, and Cameron International Corporation.

SIGNED at Houston, Texas, this 19th day of **October, 2018**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\0051WithdrawCounsel.wpd   181019.1512